**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1325**

In re:  MARK ANTHONY JAMES, a/k/a Shoffer, a/k/a Shoff Dog,

Petitioner.

On Petition for Writ of Mandamus.
(3:14-cr-00604-JFA-9; 3:18-cv-02375-JFA)

Submitted:  July 24, 2020                     Decided:  August 4, 2020

Before MOTZ, WYNN, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Mark Anthony James, Petitioner Pro Se.  Katherine Hollingsworth Flynn, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Anthony James petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 (2018) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that, on March 27, 2020, the district court denied relief on James' motion. *James v. United States*, Nos. 3:14-cr-00604-JFA-9; 3-18-cv-02375-JFA (D.S.C. Mar. 22, 2020). Accordingly, because the district court has decided James' motion, we deny James' mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*